November 18, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

VINCENT ZAHORIK, Appellant

NO. 14-14-00564-CV            V.

METROPLITAN LIFE INSURANCE COMPANY, MOHSIN NOON, AMY CATCHING, AND SUZANNE WYZINSKI-SMITH, Appellees

_____

Today the Court heard appellee's motion to dismiss the appeal from the judgment signed by the court below on June 24, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Vincent Zahorik.

We further order this decision certified below for observance.